**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 18 B 34573 |
| | ) | |
| GORDON R. WITT, JR., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

**NOTICE OF MOTION OF HYUNDAI LEASE TITLING TRUST**
**TO MODIFY AUTOMATIC STAY**

VIA ELECTRONIC NOTICE:

To:   Tom Vaughn (Trustee)              David M. Siegel, Esq. (Debtor's Counsel)
      55 East Monroe Street, Suite 3850   David M. Siegel & Associates
      Chicago, Illinois 60603             790 Chaddick Drive
                                          Wheeling, Illinois 60090

VIA U.S. MAIL:

To:   Gordon R. Witt, Jr. (Debtor)
      850 Mark Lane, Apt. 213
      Wheeling, Illinois 60090

Please take notice that on the 27th day of February, 2020 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, or any judge sitting is his/her stead, in Courtroom 619 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Motion of Hyundai Lease Titling Trust to Modify Automatic Stay*, which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Respectfully submitted,

HYUNDAI LEASE TITLING TRUST,
Creditor,

By: ___/s/ Cari A. Kauffman___
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 10th day of February, 2020, before the hour of 5:00 p.m.


_____/s/ Cari A. Kauffman____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18 B 34573 |
| | ) | |
| GORDON R. WITT, JR., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

## MOTION OF HYUNDAI LEASE TITLING TRUST
## TO MODIFY AUTOMATIC STAY

HYUNDAI LEASE TITLING TRUST ("Hyundai"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2020), and such other Sections and Rules may apply, to enter an Order modifying the automatic stay provided therein. In support thereof, Hyundai states as follows:

1.  On December 14, 2018, Gordon R. Witt, Jr. ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code. On March 11, 2019, Debtor filed an Amended Chapter 13 Plan, which assumed the lease with Hyundai and provided for direct payments from Debtor to Hyundai, and which was confirmed on March 21, 2019.

2.  Hyundai is a lessor of the Debtor with respect to a lease on a 2019 Kia Sportage motor vehicle bearing a Vehicle Identification Number of KNDPM3AC2K7528114 (the "Vehicle"). (See Ex. "A").

3.    As set forth in the Lease Agreement attached as Exhibit "A", Debtor was required to tender equal monthly payments to Hyundai, each in the sum of $478.40. (See Ex. "A").

4.    Debtor has failed to make required payments to Hyundai due on and after October 28, 2019, resulting in a current default of $1,653.46; the next payment of $478.40 comes due on February 28, 2020.

5.    The current total outstanding balance due to Hyundai from the Debtor for the Vehicle is $24,172.68.

6.    Debtor has failed to provide Hyundai or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying Hyundai as the lienholder/loss payee.

7.    As such, Hyundai seeks relief from the automatic stay so that Hyundai may take possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

8.    Debtor has not offered, and Hyundai is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

9.    Hyundai will suffer irreparable injury, harm, and damage should it be delayed in taking possession of the Vehicle and foreclosing its security interest therein.

10. Hyundai requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** Hyundai Lease Titling Trust respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay provided by Section 362 of the Bankruptcy Code to permit Hyundai to take immediate possession of and foreclose its security interest in the 2019 Kia Sportage motor vehicle bearing a Vehicle Identification Number of KNDPM3AC2K7528114; and, for such other, further, and different relief as this Court deems just and proper.

Respectfully submitted,

HYUNDAI LEASE TITLING TRUST,
Creditor,

By: ___/s/ Cari A. Kauffman___
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)