## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18 B 34573 |
| | ) | |
| GORDON R. WITT, JR., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

### AGREED ORDER CONDITIONING AUTOMATIC STAY

This matter coming before the Court upon the Motion of HYUNDAI LEASE TITLING TRUST ("Hyundai") to Modify Automatic Stay, due notice having been given, the parties being in agreement, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1.      Hyundai's Motion to Modify Automatic Stay is granted, in part, and withdrawn, in part, subject to the conditions of this Order;

2.      That if not already provided, Gordon R. Witt, Jr. ("Debtor"), agrees to provide Hyundai with proof of insurance for the 2019 Kia Sportage motor vehicle bearing a Vehicle Identification Number of KNDPM3AC2K7528114 (the "Vehicle"), which is the subject of its Motion to Modify Automatic stay, *instanter*;

3.      That Debtor agrees to at all times maintain valid insurance on the Vehicle wherein Hyundai is listed as the lienholder/loss payee and agrees to provide Hyundai with proof of same without demand;

4.      That in the event Debtor fails to tender payment to Hyundai pursuant to the Chapter 13 Plan and Lease Agreement with Hyundai, to the extent that said non-payment results in a default in payment obligations thereunder to Hyundai of two (2) or more monthly payments, or otherwise fails to comply with any of the other terms or conditions of this Order, such failure shall constitute a default by Debtor of the provisions of this Order as to Hyundai, which shall have the right to take possession of and foreclose its security interest in the Vehicle as provided by Illinois law and statute without having to seek leave of Court to modify the automatic stay in these proceedings if such default is not cured within fourteen (14) days of notice to Debtor and counsel by Hyundai;

Hyundai/Witt/Agreed Order

5.    If applicable, upon modification of the automatic stay as outline above, and after Hyundai has foreclosed its security interest in the Vehicle, Hyundai shall be allowed an amended, unsecured claim for any deficiency balance remaining.

AGREED:

_____
Robert C. Bansfield, Jr., Esq.
On behalf of Debtor, Gordon R. Witt, Jr.

_____
Cari A. Kauffman, Esq.
On behalf of Hyundai Lease Titling Trust

ENTER:

1 0 MAR 2020

Judge: _____
*Donald R. Cassling* jnc

**Prepared by counsel for Movant:**
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535
(312) 332-3545 (facsimile)

Hyundai/Witt/Agreed Order