# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Gordon R. Witt, Jr.__ Case No. __18 B 34573__ Chapter __13__

All Cases: Moving Creditor __Hyundai Lease Titling Trust__ Date Case Filed __12/14/18__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __3/21/19__

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car  Year, Make, and Model __2019 Kia Sportage__
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ __16,655.09 buyout asof 8/13/21__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __22,925.00 (leased vehicle)__

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $ _____

   b. ☐ Post-Petition Default
      i.  ☐ On direct payments to the moving creditor
          Number of months _____   Amount $ _____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i.   ☑ No insurance
      ii.  ☐ Taxes unpaid     Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☑ Other (describe) __lease matured & vehicle returned 6/2/21__

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __8/20/21__                    __/s/ Cari A. Kauffman__
                                         Counsel for Movant

(Rev. 12 /21/09)